# Exhibit A

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Debtor Transferor: Bayou Steel BD Holdings, L.L.C. | | | | | | | |
| 2 | Preference Period Transfers | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | Vendor Name | Transfer Date | Check Number | Transfer Type | Transfer Amount | Invoice Number | Invoice Date | Associated Invoice Amount |
| 6 | BOBBY LASHLEY CORPORATION | 7/11/2019 | 2000095978 | Wire | $ 75,000.00 | 5100609846 | 3/20/2019 | $ 75,000.00 |
| 7 | | | | | | | | |
| 8 | BOBBY LASHLEY CORPORATION | 7/23/2019 | 2000096083 | Wire | $ 362,500.00 | 1900042789 | 3/20/2019 | $ 25,000.00 |
| 9 | | | | | | 1900042801 | 3/20/2019 | $ 37,500.00 |
| 10 | | | | | | 5100601005 | 3/20/2019 | $ 100,000.00 |
| 11 | | | | | | 5100601006 | 3/20/2019 | $ 100,000.00 |
| 12 | | | | | | 5100601008 | 3/20/2019 | $ 100,000.00 |
| 13 | | | | | | | | $ 362,500.00 |
| 14 | | | | | | | | |
| 15 | BOBBY LASHLEY CORPORATION | 8/26/2019 | 1500287252 | Wire | $ 350,000.00 | 1900043241 | 7/31/2019 | $ 350,000.00 |
| 16 | | | | | | | | |
| 17 | | | | | $ 787,500.00 | | | $ 787,500.00 |