**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1] | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*, | Adv. Proc. No. 21-50204 (KBO) |
| Plaintiff, | |
| vs. | |
| BOBBY LASHLEY CORPORATION, | |
| Defendant. | |

## NOTICE OF INITIAL SCHEDULING CONFERENCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 16 of the Federal Rules of Civil Procedure and Rule 7016-1 of the Local Rules of Bankruptcy Practice and Procedure, an initial scheduling conference with respect to the above-captioned adversary proceeding will be held before the Honorable Karen B. Owens, United States Bankruptcy Judge, on **August 17, 2021 at 11:00 a.m. prevailing Eastern Time.**

**PLEASE TAKE FURTHER NOTICE** that the scheduling conference will be held via Zoom videoconference and parties wishing to participate must register at the following link: https://debuscourts.zoomgov.com/meeting/register/vJIsde6tqzIrGCxK-_X7I9acxRimcwEyAYk

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

Dated:  August 13, 2021                    PACHULSKI STANG ZIEHL & JONES LLP

                                           */s/ Peter J. Keane*
                                           Bradford J. Sandler (DE Bar No. 4142)
                                           Andrew W. Caine (CA Bar No. 110345)
                                           Peter J. Keane (DE Bar No. 5503)
                                           919 North Market Street, 17th Floor
                                           P.O. Box 8705
                                           Wilmington, Delaware 19899-8705 (Courier 19801)
                                           Telephone: (302) 652-4100
                                           Facsimile:  (302) 652-4400
                                           Email:    bsandler@pszjlaw.com
                                                     acaine@pszjlaw.com
                                                     pkeane@pszjlaw.com

                                           *Counsel to Plaintiff George L. Miller,*
                                           *Chapter 7 Trustee*