# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>BOBBY LASHLEY CORPORATION,<br><br>Defendant. | Adversary Proceeding No. 21-50204 (KBO)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

The undersigned hereby certifies that on September 23, 2021 a true and correct copy of **Defendant Bobby Lashley Corporation's Responses and Objections to Plaintiff's First Set of Interrogatories, Requests for Production and Requests for Admissions Propounded by Plaintiff** were caused to be served via First-Class U.S. Mail, postage prepaid, upon the following counsel:

Bradford J. Sandler, Esq.
Peter J. Keane, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

*(Counsel for George L. Miller, Chapter 7 Trustee)*

/s/ Gregory W. Hauswirth