# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.,*<br><br>　　　　　　Debtors.<br><hr>GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.,*<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BOBBY LASHLEY CORPORATION,<br><br>　　　　　　Defendant. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered)<br><br><br><br>Adversary Proceeding No. 21-50204 (KBO)<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

　　The undersigned hereby certifies that a true and correct copy of *Defendant Bobby Lashley Corporation's First Set of Requests for Admission, Interrogatories and Requests for Production of Documents Directed to Plaintiff* was served upon counsel of record this 29th day of September 2021, by hand delivery and U.S. Mail, first class, postage prepaid, as follows:

| Via Hand Delivery | Via First Class Mail: |
|---|---|
| Bradford J. Sandler, Esq.<br>Peter J. Keane, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br><br>*(Counsel for Plaintiff)* | Andrew W. Caine, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4003<br><br>*(Counsel for Plaintiff)* |

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Gregory W. Hauswirth*