# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : Chapter 11 |
| Bayou Steel BD Holdings, LLC | : Case No.: 19-12153 |
| Debtor. | : |
| George L. Miller, in his capacity as Chapter 7 Trustee of Bayou Steel BD Holdings, LLC, et. al. | : **MEDIATION STATUS REPORT** |
| Plaintiff, v. | : Adv. Proc. No.: 21-50204 (KBO) |
| Bobby Lashley Corporation | : |
| Defendants. | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

   **X**    Mediation is scheduled to occur on <u>June 27, 2022.</u>

   _____    A mediation session has not yet been scheduled.

   _____    OTHER:

Dated: May 16, 2022

   */s/ Ian Connor Bifferato*
   Ian Connor Bifferato (DE #3273)
   The Bifferato Firm P.A.
   1007 N. Orange Street, 4th Floor
   Wilmington, DE  19801