# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : Chapter 11 |
| Bayou Steel BD Holdings, LLC | : Case No.: 19-12153 |
| Debtor. | : |
| George L. Miller, in his capacity as Chapter 7 Trustee of Bayou Steel BD Holdings, LLC, et. al. | : **MEDIATION STATUS REPORT** |
| Plaintiff, v. | : Adv. Proc. No.: 21-50204 (KBO) |
| Bobby Lashley Corporation | : |
| Defendants. | |

    In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

   \_\_\_\_\_   Mediation is scheduled to occur on _____.

   \_\_\_\_\_   A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

   __X__   OTHER: The mediator is working with the parties to reach a resolution. If there is no resolution within the next 30 days, another mediation date will be scheduled.

Dated: October 21, 2022        Mediator

                                  */s/ Ian Connor Bifferato*
                              Ian Connor Bifferato (DE #3273)
                              The Bifferato Firm P.A.
                              1007 N. Orange Street, 4th Floor
                              Wilmington, DE 19801
                              Tel. (302) 225-7600
                              E-mail: cbifferato@tbf.legal